**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 22 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| WAYNE ROBERT RISLEY; NANETTE RISLEY,<br><br>Petitioners,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>Respondent. | No. 10-70656<br><br>Tax Ct. No. 10857-05s<br><br>MEMORANDUM[*] |

Appeal from a Decision of the
United States Tax Court

Submitted March 8, 2012[**]
Pasadena, California

Before: FARRIS, CLIFTON, and IKUTA, Circuit Judges.

Because the Risleys elected to bring this case as a small tax case, we lack

jurisdiction to review the decision of the Tax Court. *See* 26 U.S.C. § 7463(b); *see*

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*also Ballard v. Comm'r*, 639 F.2d 486 (9th Cir. 1980) (per curiam). We need not

consider the question whether there are circumstances in which we would have

jurisdiction over a due process claim because the Risleys' claim here is based on

the assertion that the rules governing small tax cases do not allow for summary

judgment, which is incorrect. *See* Tax Ct. R. Prac. & Proc. 121, 170.

**DISMISSED.**